IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JEFFREY STEVEN SCHEIB,<br>　　　　　Plaintiff,<br>vs.<br>GREGORY BODERK., et al.,<br>　　　　　Defendants. | ORDER<br><br>Judge Tena Campbell<br><br>Case No. 3:07-cv-446 |

Plaintiff Jeffrey Scheib has moved to set aside an earlier order (Docket No. 136). Mr. Scheib objects to the court's Order (Docket No. 92) denying Mr. Scheib's motion to amend his complaint to add claims for violations of his First Amendment rights. Defendant Gregory Boderk opposed the motion to set aside.

This is the second time that Mr. Scheib has asked the court to reconsider its Order denying his motion to amend the complaint. The court denied Mr. Scheib's first motion to reconsider. (See Docket 107, at 2.)

The court has reviewed Mr. Scheib's latest motion to set aside the earlier Order, the supporting papers, as well as the court's earlier Order. The court again finds that no point of law or fact was overlooked or misapprehended and that the court's earlier Order was correct.

Accordingly, Mr. Scheib's Motion to Set Aside Order and Amend Complaint (Docket No. 136) is DENIED.

SO ORDERED this 23rd day of April, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Tena Campbell*

　　　　　　　　　　　　　　　　　　TENA CAMPBELL
　　　　　　　　　　　　　　　　　　United States District Judge