United States District Court

_____ **EASTERN** _____ DISTRICT OF _____ **TENNESSEE** _____

JEFFREY STEVEN SCHEIB            JUDGMENT IN A CIVIL CASE
    Plaintiff,
                V.

GREGORY BODERCK            CASE NUMBER: 3:07-CV-446
    Defendant.

[X]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the jury unanimously finds by a preponderance of the evidence that the Defendant Gregory Boderck did not violate the Plaintiff Jeffrey Steven Scheib's Constitutional right to be free from unlawful arrest or to be free from excessive force.

_____ May 23, 2013 _____                     _____ Debra C. Poplin, Clerk _____
Date

                                                       By _ s/ Jason Huffaker,    Deputy Clerk _____