UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JEFFREY STEVEN SCHEIB,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORY BODERK., et al.,<br><br>    Defendants. | ORDER<br><br><br><br><br><br>Case No. 3:07-cv-446<br><br>(Campbell/Guyton) |

## ORDER

On October 17, 2012, United States Magistrate Judge H. Bruce Guyton issued a Report and Recommendation [Doc. 203] recommending that the Plaintiff Jeffrey Scheib's Motion for a New Trial [Doc. 186] be DENIED.

The court has carefully reviewed all relevant materials in the files and concludes that the Report and Recommendation is correct in every material respect and is adopted as the order of this court. Mr. Scheib's Motion for a New Trial is DENIED.

SO ORDERED this 14th day of November, 2013.

BY THE COURT:

TENA CAMPBELL
U.S. District Court Judge